427 A.2d 1189

Shoup v. Shoup, Appellant.

Submitted June 29, 1979.
Stephen Cohen, for appellant; Cleveland C. Hummel, for appellee.

Before PRICE, GATES and DOWLING, JJ.*

Final decree of the Court of Common Pleas is affirmed.

March 14, 1980.

427 A.2d 1189

Commonwealth v. Auman, Appellant.

Submitted September 13, 1979.
Gregg Cunningham, for appellant; David E. Grine, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Affirmed.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.